In the Matter of the Estate of EDWARD W. BROWNING, Deceased.

MARJORIE BROWNING, Appellant; TITLE GUARANTEE AND TRUST COMPANY, as Executor of EDWARD W. BROWNING, Deceased, et al., Respondents.

Argued February 21, 1939; decided March 7, 1939.

*N. Henry Josephs, Leslie J. Tompkins* and *Donald O. Lincoln* for appellant.

*William T. Griffin* and *Joseph V. McKee* for Title Guarantee and Trust Company., as executor, respondent.

*Daniel A. Shirk* and *Milton A. Goldiner* for Dorothy B. Hood et al., respondents.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* of counsel), for People of State of New York, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.